UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANNY AMEN VALENTINE-SHABAZZ,

                Plaintiff,

      -against-

ROBERT DIGGS, ET AL.,

                Defendants.

25-CV-2900 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On March 14, 2025, Plaintiff filed a letter asking to withdraw this action. (ECF 5.) The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a). All pending motions are terminated.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 13, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge